UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

-------------------------------------------------------------------------x
Shemuel Francis, individually and on behalf of
all others similarly situated,

                                Plaintiff,

Civil Action
No: 5:20-cv-943

        -v.-

DIAZ & ASSOCIATES, INC.
      and John Does 1-25.

                             Defendants.
-------------------------------------------------------------------------x

**NOTICE OF SETTLEMENT**

      Please take notice that parties have settled the above-referenced case.  This settlement is

contingent upon the execution of a written settlement agreement.  The case will be dismissed by

Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this

notice.  Please vacate all currently scheduled dates in this matter.


DATED, this 10th day of March, 2021

                                            */s/Yaakov Saks*
                                            Yaakov Saks
                                            **Stein Saks, PLLC**
                                            285 Passaic Street
                                            Hackensack, NJ 07601
                                            Ph: 201-282-6500
                                            ysaks@steinsakslegal.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on March 10, 2021 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


*<u>/s/ YaakovSaks</u>*
Yaakov Saks